UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

-----------------------------------------------

In re: DAVID LENIN LEAF,　　　　　　　BKY. No.: 06-50026
　　　　AMANDA JEAN LEAF,　　　　　　　Chapter 13

　　　　　　　　　Debtors.

**ORDER TERMINATING STAY**

-----------------------------------------------

　　　　This matter came on before the undersigned Judge of the above entitled Court, upon motion filed with the Court.

　　　　Based upon all the files and proceedings herein,

　　　　IT IS HEREBY ORDERED THAT:

　　　　1.　　　The automatic stay imposed by 11 U.S.C. §362 are hereby terminated as to the real property over which the Movant, Mortgage Electronic Registration Systems, Inc., its successors or assigns, has an interest, said property legally described as:

> That part of Lot Four (4), in Block "A" of A.A. Wright's Addition to St. Cloud (now a part of the City of St. Cloud), described as follows, to-wit: Commencing at a point on the Westerly line of said Lot 4, 50 feet Southerly of the Northwesterly corner of said Lot 4; thence running Easterly in a course parallel with the Northerly line of said Lot 4 to the Easterly line of said Lot 4, 50 feet; thence Westerly in a course parallel with the Northerly line of said Lot 4 to the Westerly line of said Lot 4; thence Northerly along the Westerly line of said Lot 4, 50 feet to the place of beginning, according to the plat and survey thereof on file and of record in the office of the County Recorder in and for Benton County, Minnesota.

　　　　2.　　　Notwithstanding Fed. R. Bankr. P. 4001 (a) (3), this order is effective immediately.

Dated: ___March 28, 2006_____　　　　　/e/ Robert J. Kressel_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Robert J. Kressel
　　　　　　　　　　　　　　　　　　　　　　　　Judge of U.S. Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 3/28/06
Lori Vosejpka, Clerk, By HCM