# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Case No. 06-50026-RJK
Chapter 7

In Re:

David Lenin Leaf and
Amanda Jean Leaf,
        Debtors.

## ORDER

The above entitled matter is before the Court on the motion of GMAC seeking relief from the automatic stay of 11 U.S.C. § 362(a).

Based on the files and records herein, the Court now finds that cause exists entitling GMAC to relief from the automatic stay.

NOW, THEREFORE, **IT IS HEREBY ORDERED** that:

1. The automatic stay is immediately terminated as to GMAC and GMAC is authorized to proceed with its legal remedies according to state law as to the subject motor vehicle,

    a 1999 Chevrolet Cavalier, VIN # 1G1JF12T8X7287324.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this Order is effective immediately.

BY THE COURT:

Dated: November 27, 2006

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 11/27/06
Lori Vosejpka, Clerk, By amm